CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
8/20/2018
JULIA C. DUDLEY, CLERK
BY: s/ SUSAN MOODY
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **CLAAS FINANCIAL SERVICES LLC,** | * | |
| **PLAINTIFF,** | * | |
| v. | * | CASE NO.: **7:17-CV-00486** |
| **JUSTICE FARMS OF NORTH CAROLINA, LLC,** | * | |
| **DEFENDANT.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER ENTERING JUDGMENT
AGAINST JUSTICE FARMS OF NORTH CAROLINA, LLC BY CONSENT**

On July 9, 2018, this matter came before the Court for a hearing upon *Plaintiff's Motion to Enforce Order Entering Judgment as to Liability by Consent and for Order to Show Cause* [Dkt. 32] (the "Motion") filed by the plaintiff, CLAAS Financial Services LLC. Following the hearing, at which both parties were represented by counsel, the Court entered an *Order* granting the Motion and subsequently scheduled a hearing on August 9, 2018 at 4:00 p.m. to determine the amount of the judgment to be entered against the defendant, Justice Farms of North Carolina, LLC.

The parties have represented to the Court that Justice Farms of North Carolina, LLC agrees and consents that its breach of contract has damaged CLAAS Financial Services LLC in the amount of $687,934.70, plus attorneys' fees of $46,514.00, plus pre-judgment interest of $5,167.97 as of August 8, 2018, accruing at the rate of $88.40 *per diem*, plus costs of this action of $494.02.

272041_4

It is therefore ADJUDGED, ORDERED AND DECREED that the Clerk of the Court shall enter final judgment in favor of plaintiff CLAAS Financial Services LLC and against defendant Justice Farms of North Carolina, LLC in the amount of $740,110.69, with post-judgment interest at the legal rate until the judgment is fully paid; and

It is further ADJUDGED, ORDERED AND DECREED that plaintiff CLAAS Financial Services LLC shall be entitled, within the parameters of applicable law, to apply to the Court for an award of such additional costs and expenses, including attorneys' fees, as are incurred by plaintiff CLAAS Financial Services LLC in enforcing, executing upon, and collecting its judgment against defendant Justice Farms of North Carolina, LLC.

Enter: August 17, 2018

/s/ Robert S. Ballou

Robert S. Ballou
United States Magistrate Judge

I ASK FOR THIS:

/s/ Gordon S. Young
Jeremy S. Friedberg, VSB No. 40228
Gordon S. Young, VSB No. 68822
Friedberg PC
10045 Red Run Boulevard, Suite 160
Baltimore, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)
jeremy@friedberg.legal
gordon.young@friedberg.legal

*Attorneys for CLAAS Financial Services LLC*

I ASK FOR THIS:

    /s/ Aaron B. Houchens
Aaron B. Houchens, VSB No. 80489
Stanley & Houchens, LLC
13508 Booker T. Washington Highway
Moneta, Virginia 24121
(540) 721-6028
(540) 721-6405 (facsimile)
ahouchens@shg-law.com

*Attorneys for Justice Farms of North Carolina, LLC*