IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CLAAS FINANCIAL SERVICES LLC, | * | |
| PLAINTIFF/JUDGMENT CREDITOR, | * | |
| v. | * | CASE NO.: **7:17-CV-00486** |
| JUSTICE FARMS OF NORTH CAROLINA, LLC, | * | |
| DEFENDANT/JUDGMENT DEBTOR. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF SERVICE BY MAILING

I, Meg Nicholls, testify to the facts and matters set forth herein:

1. I am a paralegal at Friedberg PC, counsel for plaintiff CLAAS Financial Services LLC.

2. On April 3, 2019, I served a copy of the *Order for Payment* [Dkt. 87] on garnishee BB&T, Branch Banking and Trust Company of Virginia, *via* first-class mail, postage prepaid, addressed to:

> BB&T, Branch Banking and Trust Company of Virginia
> c/o R. Matthew Hall, Registered Agent
> 4701 Cox Road, Suite 285
> Glen Allen, VA 23060.

Jeremy S. Friedberg, VSB No. 40228
Gordon S. Young, VSB No. 68822
Friedberg PC
10045 Red Run Boulevard, Suite 160
Baltimore, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)
jeremy@friedberg.legal
gordon.young@friedberg.legal

*Attorneys for CLAAS Financial Services LLC*

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing affidavit are true and correct.

Date: April 4, 2019

_____
Meg Nicholls, Paralegal
Friedberg PC
10045 Red Run Boulevard, Suite 160
Baltimore, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4<u>th</u> day of April, 2019, a copy of the foregoing was served *via* first-class mail, postage prepaid, and, if the recipients are properly registered, *via* the Court's CM/ECF system, on:

Aaron B. Houchens, Esq.
Aaron B. Houchens, P.C.
111 East Main Street
PO Box 1250
Salem, VA 24153.

_____
Meg Nicholls, Paralegal